UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELDON W. MASON                                                     CIVIL ACTION

VERSUS                                                                        NO. 06-0850

MARLIN GUSMAN, ET AL.                                           SECTION: "S"(3)

## O R D E R

      The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

      **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      New Orleans, Louisiana, this   13th   day of           June          , 2006.

                                                           **UNITED STATES DISTRICT JUDGE**